IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMES LEON LINGO, III,                        :
                                              :
               Plaintiff                      :
                                              :
VS.                                           :
                                              :
Superintendent JAMES CAMON, Robert            :
L. Patten Detention Center,                   :        CIVIL ACTION NO. 7:05-CV-18(HL)
                                              :
                                              :
               Defendant                      :
_____

**RECOMMENDATION**

On June 1, 2005, plaintiff filed his "Motion for No-Answer Default Judgment."

(Document # 14).  This motion is premature and the undersigned therefore **RECOMMENDS**

that it be **DENIED.**  The undersigned did not order service upon the defendant until May 3,

2005. (Document # 10).  Pursuant to Federal Rule of Civil Procedure 4(d) if the defendant timely

returns the waiver of service of summons form he may have sixty (60) days from the date the

waiver was sent to him in which to answer the complaint.  Less that thirty (30) days had elapsed

when the plaintiff filed his motion.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this

recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN

(10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 6th day of June 2005.


                                        /s/ Richard L. Hodge
                                        RICHARD L. HODGE
                                        UNITED STATES MAGISTRATE JUDGE