IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMES LEON LINGO, III,                    :
                                          :
                    Plaintiff             :
                                          :
        VS.                               :
                                          :
Superintendent JAMES CAMON, Robert        :
L. Patten Detention Center,               :        CIVIL ACTION NO. 7:05-CV-18(HL)
                                          :
                                          :
                    Defendant             :
_____

**O R D E R**

The parties having consented to the undersigned United States Magistrate Judge handling

this case through the entry of judgement, this matter was assigned to the undersigned on July 7,

2005.  On June 6, 2005, a recommendation was made to the United States District Judge to whom

this matter was then assigned to deny the plaintiff's "Motion for No-Answer Default Judgment" as

being premature.  Plaintiff then filed an untimely objection to the recommendation, a reading of

which shows that the plaintiff is clearly wrong.  Plaintiff's attention is directed to Federal Rule of

Civil Procedure 4(d).

At the time of assignment to the undersigned, the District Judge had not yet addressed the

recommendation.  Therefore, the recommendation to deny plaintiff's above referenced motion is

hereby **ACCEPTED, ADOPTED** and made the order of this court.  Accordingly, the plaintiff's

Motion for No-Answer Default Judgment is **DENIED.**

SO ORDERED, this 13th  day of July 2005.

                              /s/ Richard L. Hodge
                              RICHARD L. HODGE
                              UNITED STATES MAGISTRATE JUDGE