IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES LEON LINGO, III, : | |
| : | |
| Plaintiff : | |
| : | |
| VS. : | |
| : | |
| Superintendent JAMES CAMON, Robert : | |
| L. Patten Detention Center, : | CIVIL ACTION NO. 7:05-CV-18(HL) |
| : | |
| : | |
| Defendant : | |

**O R D E R**

The parties having consented to the undersigned United States Magistrate Judge handling this case through the entry of judgement, this matter was assigned to the undersigned on July 7, 2005. On May 3, 2005, a recommendation was made to the United States District Judge to whom this matter was then assigned that the plaintiff's "safety claim" be dismissed as required by 42 U.S.C. § 1997e(e) for want of an actual physical injury.  At the time of assignement the District Judge had not yet considered the recommendation.  The timely objection of the plaintiff to said recommendation having now been carefully read and considered, the court finds the same to be without merit.  The recommendation is therefore **ACCEPTED, ADOPTED** and made the order of this court.  Plaintiff's "safety claim is hereby dismissed as required by 42 U.S.C. § 1997e(e).

SO ORDERED, this 13th  day of July 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE