IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES LEON LINGO, III, | : |
| Plaintiff | : |
| VS. | :     7 : 05-CV-18 (RLH) |
| Superintendent JAMES CAMON,<br>Robert L. Patten Detention Center, | : |
| Defendant. | : |

**ORDER**

    Presently pending herein is the plaintiff's renewed Motion for Default, wherein he alleges that the defendant has failed to answer his complaint in a timely manner. Both parties have consented to the United States Magistrate Judge conducting any and all proceedings herein, including but not limited to the ordering of the entry of judgment. The parties may appeal from this judgment, as permitted by law, directly to the Eleventh Circuit Court of Appeals. 28 U.S.C. § 636(c)(3).

    The plaintiff's initial Motion for Default was denied as premature. A review of this action reveals no basis for the entry of default or default judgment against the defendant. The court ordered service on the defendant on May 3, 2005. The defendant filed his Waiver of Service forms on June 17, 2005, making an answer due on August 16, 2005. The defendant filed his Answer well before this deadline on June 28, 2005. Accordingly, the plaintiff's Motion for Default is hereby **DENIED**.

**SO ORDERED**, this 23rd day of February, 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE